*ITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF OHIO*
*WESTERN DIVISION AT CINCINNATI*

**United States of America,**
   **Plaintiff**

**vs.**                                          Case No. 1:13-cr-93

**Brenda Ashcraft,**
   **Defendant**

### CRIMINAL MINUTES - *Sentencing*
*(9:01 AM - 12:27 PM)*

U.S. ATTORNEYS PRESENT:   Timothy Mangan & Emily Glatfelter

COUNSEL FOR DEFENDANT:   Richard Monahan

PROBATION OFFICER:   Michelle Conerty

Agent present:   Christopher Bishop (FBI)

Defendant pleads: **GUILTY**   I, II, III, & IV

            **NOT GUILTY**

            **NOLO CONTENDERE**

Plea formally accepted by the Court   X

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by the Clerk of Court       X

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enters plea of Guilty - Oral motion is **GRANTED** _____

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

**PROCEEDINGS:** Govt's exhibit I reflecting the actual loss of $4,235,265.65 admitted. Objections to the PSR invoked by deft's previous counsel, Mr. Bennett are not withdrawn. Deft's objections to the PSR (paragraphs 3, 25, 31, 33, 38, & 39) - all argued and are overruled. Re: paragraphs 38 & 39, the gov't agrees to deleting these two paragraphs - Probation Dept. is to submit an Amended PSR omitting these. Victims who speak: Ed Wichta, Mike Osborne, Kevin Hampton, (on behalf of Mary Ray), Stan Blythe, Robert Gilbert, Faith Gilbert, & Sharmini Shanker. Deft's motion for a downward departure or variance is DENIED.

**SENTENCE:** 97 months imprisonment on each count to be served concurrently followed by 3 years on each count to be served concurrently; Restitution in the amount of $4,235,265.65; Special Assessment of $100 on each count for the total of $400. Deft. is not to be employed in the investment or real estate business. Deft. must submit to substance abuse and counseling at the direction of the probation department; Forfeiture of computers, Iphones, Ipads, ATVs, trailer, US Currency, & Reds' season tickets

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Senior Judge
**Deputy Clerk:** Mary Brown
**Law Clerk:** Rachel Payne
**Court Reporter:** MaryAnn Ranz (Official)
**Date:** Monday, December 12, 2016